United State District Court
Middle District of Florida
8:19-CV-3164-T-36JSS
Civil Division

Civil Right Complaint

Mike Naim Musallam

ATTESTATION BY CORRECTIONAL OFFICER PURSUANT TO SECTION 117.10 FLORIDA STATUTES
NAME (PRINT) Zachary Nesh  ID# 5920
SIGNATURE ___  DATE 12/23/19

VS.                                Case No. 8:19-CV-3164-T-36JSS

G4S Secure Solution Company
Transport Division / Capt. J. McGuffin
Sheriff Nocco, Chris

I.) Pasco County Jail 20101 Central Blvd. Land O' Lakes, Florida 34637

II. No Plaintiff Complaint Not Against Florida Dept. Of Correction.

III. Yes my Complaint concerns events in A County Jail while Being Transported.

A. Yes there is A Grievance Procedure.



(1)

B. Yes plaintiff presents the facts relating to his Complaint.

C. Yes

1.) Plaintiff filed several grievance complaints see exhibit Log # 073283833

2.) What was the results? Ignored by the administration here at Pasco County Jail. See grievance log # 073285693

I declare under penalty of perjury that the foregoing answers to the questions in this section are true and correct.

Signed this 22nd day of December 2019

*[signature]*
Signature of Plaintiff

(2)

IV. Previous Lawsuit:

   A. No

   B. No

   D. No

V.

   A. Mike Naim Musallam
      20101 Central Blvd.
      Land O Lakes, Florida 34637

   C. G4S Secure Solution American Company
      1395 University Blvd.
      Jupiter, Florida 33458
      (Owner)

   D. Sheriff Nocco, Chris
      8700 Citizen Dr.
      New Port Richey, FL. 34654
      Pasco County Sheriff's Office

   E. G4S Supervisor
      Capt. J. McGuffin
      20101 Central Blvd.
      Land O Lakes, FL. 34637

VI. Statement of Claim

Plaintiff was being transported by G4S Secure Solution Transport Division on Dec. 11th 2019 when the transport officer lost control of the vehicle, ran over a curb and hit the back of another transport vehicle. Plaintiff was injured in this accident and was seen by the Medical Dept. here at the county jail.

G4S Transport Division has violated the Florida Laws while transporting inmates without seatbelts. Florida Statute 316.614 (1) (2) (3) (b) (c) - 4 (A) (b) (5) 316.660 NO. 208. 49 C.F.R. 5.571.208 F.S.

The administration here at the county Jail has refused to provide plaintiff the G4S officer's name or the accident report. As being a victim plaintiff is entitled to have the G4S officers name as well as the Sheriff Dept. police report of the accident. (Supervisor J. McGuffin)

(4)

## VII. Statement of Facts

On Dec. 11th 2019 while being escorted by G4S Transport Division from Court, the G4S officer lost control of the vehicle, ran over a curb and hit the back of another transport vehicle causing injuries to Plaintiff's neck and lower back. G4S Transport Division does not provide seatbelts in these steel compartments. The G4S officer appeared to be under the influence, yet Pasco County jail deputies failed to interview the G4S officer or the inmates who were involved in this accident.

Plaintiff was later seen by the Pasco County Medical Dept. where plaintiff's injuries were acknowledged and documented.

Sheriff Nocco who is responsible for G4S Transport Division allows G4S Transport Division to transfer inmates without seatbelts and has not ticketed this G4S officer for the violations of Florida law.

Plaintiff is not receiving the proper medical treatment that is required for his particular injuries who G4S Transport Dept. is responsible. (Supervisor J. McGuffin)

VIII. Relief Requested:

Plaintiff would like to be compensated Ten thousand Dollars $10,000.00 for pain and suffering and punitive damages of Five Hundred Thousand Dollars $500,000.00 from each of the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of Dec. 2019

*Mike Musallam*
Mike Naim Musallam
20101 Central Blvd.
Land O Lakes, Florida 34637

(6)